UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-60395-CIV-SINGHAL/STRAUSS

DERECKTOR FLORIDA, INC.,

    Plaintiff,

v.

M/Y ANODYNE, a 2017 custom, 108-foot
Motor Yacht, HIN DRK0038L717, *in rem*, and
M.V. ANODYNE, LLC, as owner of the
vessel, *in personam*,

    Defendants.
_____/

## REVISED JOINT SCHEDULING ORDER

**THIS CAUSE** comes before the Court upon Defendant's Unopposed Supplemental Motion to Extend Discovery and Trial Deadlines (the "Motion") (DE [50]). The Court being fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that:

1. The Motion is **GRANTED;** and
2. The parties will adhere to the following schedule:

| DEADLINE OR EVENT | AGREED DATE |
|---|---|
| Parties disclose experts and exchange expert witness summaries or reports. | **March 31, 2025** |
| Parties exchange rebuttal expert witness summaries or reports. | **April 11, 2025** |
| All discovery, including expert discovery, is completed. | **April 25, 2025** |
| Parties must have completed mediation and filed a mediation report. | **May 5, 2025** |
| All pre-trial motions and *Daubert* motions (which include motions to strike experts) are filed.  **This deadline includes** | **May 12, 2025** |

| | |
|---|---|
| **all <u>dispositive motions</u>.** | |
| Parties may consent to trial and final disposition by Magistrate Judge. | **May 12, 2025** |
| Motions *in limine* are filed. | **June 16, 2025** |
| Parties shall file all depositions to be used at trial and advise of the deposition portions to be used at trial by designating the page and line of each deposition. If both parties plan to use the deposition of a particular witness, the parties shall confer and file only one copy of the transcript. Any objections or counterdesignations shall be filed within ten (10) days of the designations. | **July 14, 2025** |
| Counsel meet to review pre-marked exhibits and proposed demonstrative exhibits. | **July 23, 2025** |
| Parties submit joint pre-trial stipulation and witness and exhibit lists in accordance with Local Rule 16.1(d) and (e), proposed jury instructions and verdict form, or proposed findings of fact and conclusions of law, as applicable. | **July 30, 2025** |
| Calendar Call | **August 6, 2025 at 2:00 p.m.** |
| Two-Week Trial Period Begins | **August 11, 2025, at 9:00 a.m** |

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 29th day of January 2025.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel via CM/ECF